UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,             :
                        Plaintiff,      :
                                              :        21 Civ. 4404 (LGS)
            -against-                     :
                                              :             <u>ORDER</u>

$2,288,487.88 IN UNITED STATES    :
CURRENCY, and                         :
                                              :
$3,879,446.38 IN UNITED STATES    :
CURRENCY                                  :
                             Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed this in-rem action on May 17, 2021.  Dkt. No. 1.

WHEREAS, on June 10, 2021, the Court issued an Order scheduling an initial conference for July 22, 2021.  Dkt. No. 3.  It is hereby

**ORDERED** that the initial conference scheduled for July 22, 2021, is **CANCELLED**.  It is further

**ORDERED** that by **July 22, 2021**, Plaintiff shall file a letter apprising the Court of the status of this case per Individual Rule III.A.1, including any published notice of the Complaint against Defendant in-rem pursuant to Federal Rule of Civil Procedure G.

Dated: June 23, 2021
       New York, New York

                                                                            LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE