UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -v.- | |
| $2,288,487.88 IN UNITED STATES CURRENCY; | JUDGMENT OF FORFEITURE |
| | 21 Civ. 4404 (LGS) |
| and | |
| $3,879,446.38 IN UNITED STATES CURRENCY, | |
| Defendants-*in-rem*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about May 17, 2021, the United States commenced an *in-rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 21, United States Code, Section 881;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 20, 2021, through June 18, 2021, and proof of such publication was filed with the Clerk of this Court on July 28, 2021 (D.E. 7);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to

adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED** AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby are forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

The Clerk of Court is respectfully directed to close the motion at Docket No. 8 and to close the case. So Ordered.

Dated: August 3, 2021
       New York, New York

                              _____
                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**